PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2016

SEAN F. McAVOY, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| Name of Offender: Roger M. Roberts | Case Number: 2:15CR00144-SMJ-14 |
| Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge | |
| Date of Original Sentence: July 21, 2016 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy to Commit Bank Fraud | Date Supervision Commenced: July 21, 2016 |
| Original Sentence:  Prison - 181 days<br>TSR - 36 months | Date Supervision Expires: July 20, 2019 |

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

25   The defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days at the direction of the supervising officer.  The defendant's participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

### CAUSE

On September 9, 2016, Mr. Roberts reported to the U.S. Probation Office and stated he had moved due to losing his approved residence at the Pine Rock Apartments on August 29, 2016.  He had been staying with a friend, but was asked to immediately leave by the manager because he was not on the lease.  Mr. Roberts disclosed he had been staying at the West Wynn Motel since the beginning of September 2016.  Mr. Roberts was informed that he was in violation of his supervised release for not notifying us within 72 hours of his change of residence.

The undersigned officer respectfully requests the Court impose the above-noted condition to allow Mr. Roberts to reside at the RRC until he is able to secure safe housing.

Prob 12B
**Re: Roberts, Roger M**
**September 27, 2016**
**Page 2**

It is hoped that the course of action taken relative to this matter meets with the expectations of the Court. Please advise should Your Honor require a different course of action.

|  |  |
|---|---|
|  | Respectfully submitted, |
| by | s/Joshua D. Schull |
|  | Joshua D. Schull<br>U.S. Probation Officer<br>Date:  September 27, 2016 |

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

_____09/28/2016_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

25    The defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days at the direction of the supervising officer. The defendant's participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

Witness: _____  Signed: _____
Joshua D Schull                                              Roger M Roberts
U.S. Probation Officer                                  Probationer or Supervised Releasee

_____
9-20-16
Date