PROB 12C
(6/16)

Report Date: June 12, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Roger M. Roberts | Case Number: 0980 2:15CR00144-SMJ-14 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge | |
| Date of Original Sentence: July 21, 2016 | |
| Original Offense: Conspiracy to Commit Bank Fraud , 18 U.S.C. §§ 1344 and 1349 | |
| Original Sentence: Prison - 181 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Allyson Edwards | Date Supervision Commenced: July 21, 2016 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: July 20, 2019 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---

1 | **Special Condition #20**: Defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. Defendant shall contribute to the cost of treatment according to Defendant's ability to pay. Defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On July 22, 2016, Mr. Roberts was given a copy of his judgement and his conditions of supervision were explained to him. He reported he understood his conditions in full.

Mr. Roberts is in violation of special condition number 20 by not following the recommendation to successfully complete substance abuse treatment.

On May 4, 2018, Mr. Roberts was directed to obtain an assessment at Pioneer Human Services (PHS) due to his continued drug use. His assessment was scheduled for May 21, 2018. On May 16, 2018, he submitted a urine sample which tested presumptive positive for methamphetamine. This sample was confirmed positive for methamphetamine on May 22, 2018, by Millennium Laboratory.

Prob12C
**Re: Roberts, Roger M**
**June 12, 2018**
**Page 2**

Mr. Roberts reported for his assessment on May 21, 2018, and was given instructions on what he needed to do to successfully complete treatment. One of the instructions was to abstain from illegal drug use. On May 22, 2018, Mr. Roberts supplied a urine sample at PHS. He again tested presumptive positive for methamphetamine. This sample was confirmed positive for methamphetamine on May 26, 2018, by Millennium Laboratory.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/12/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

06/13/2018
Date