PROB 12C
(6/16)

Report Date: June 28, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roger M. Roberts                Case Number: 0980 2:15CR00144-SMJ-14

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇, Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr.  U.S. District Judge

Date of Original Sentence: July 21, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 and 1349 | | |
| Original Sentence: | Prison -181 days<br>TSR - 36 days | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Allyson Edwards | Date Supervision Commenced: | July 21, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | July 20, 2019 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 06/12/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #19**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as direct by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On July 22, 2016, Mr. Roberts was given a copy of his judgement and his conditions of supervision were explained to him. He reported he understood his conditions in full.<br><br>Mr. Roberts is in violation of special condition number 19 by supplying a urine sample which tested positive for methamphetamine.<br><br>Due to Mr. Roberts' drug use, he was directed to call the phase urine testing hotline daily and listen for the color "yellow." When the color "yellow" was called, Mr. Roberts was required to report to Pioneer Human Services (PHS) to supply a urine sample.<br><br>On June 7, 2018, the color "yellow" was called and Mr. Roberts reported as directed. The sample was sent to Millennium Laboratory, and on June 13, 2018, the sample was confirmed positive for methamphetamine. |

3      **Special Condition #19**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as direct by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 22, 2016, Mr. Roberts was given a copy of his judgement and his conditions of supervision were explained to him. He reported he understood his conditions in full.

Mr. Roberts is in violation of special condition number 19 by supplying a urine sample which tested positive for methamphetamine.

Due to Mr. Roberts' drug use, he was directed to call the phase urine testing hotline daily and listen for the color "yellow." When the color "yellow" was called, Mr. Roberts was required to report to PHS to supply a urine sample.

On June 12, 2018, the color "yellow" was called and Mr. Roberts reported as directed. The sample was sent to Millennium Laboratory, and on June 19, 2018, the sample was confirmed positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 06/12/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/28/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

06/29/2018
Date